**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> VALNET, INC., a Candia Corporation individually, and doing business as "Collider.com," "Screenrant.com," "Thegamer.com," "Movieweb.com," "Gamerant.com," "CBR.com," and "TheRichest.com;" and DOES 1-10, <br><br> Defendants. | Case No.: 1:26-cv-5056 <br><br> <u>**PLAINTIFF'S COMPLAINT FOR**</u>: <br><br> 1. COPYRIGHT INFRINGEMENT (17 U.S.C. § 101, *et. seq.*); <br><br> 2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT; AND <br><br> <u>Jury Trial Demanded</u> |

Plaintiff, Michael Grecco Productions, Inc. ("Grecco"), by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.     This action arises under the Copyright Act of 1976, Title 17 U.S.C., §§ 101, *et seq*.

2.     This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.     Grecco is a California corporation organized and existing under the laws of the state of California with its principal place of business at 3103 17th Street, Santa Monica, California 90405.

5.     Grecco is informed and believes and thereon alleges that Valnet, Inc, individually, and doing business as "Collider.com," "Screenrant.com," "Thegamer.com," "Movieweb.com," "Gamerant.com," "CBR.com," and "TheRichest.com" (collectively, "Valnet"), is a Canadian corporation doing business in and with this the State of New York, including through its offices at 740 Broadway, New York, New York, 10003.

6.     Defendants Does 1 through 10, inclusive (collectively with Valnet, "Defendants"), are other parties not yet identified who have infringed Grecco's copyrights, have contributed to the infringement of Grecco's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Grecco, which therefore sue said

Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.      Grecco is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Grecco's rights and the damages to Grecco proximately caused thereby.

**CLAIMS RELATED TO PLAINTIFF'S SUBJECT PHOTOGRAPHS**

8.      Grecco's principal, Michael Grecco, is an award-winning commercial photographer noted for his iconic celebrity portraits, magazine covers, editorial images and advertising spreads.

9.      Grecco created and owns all rights, including copyrights, in the ten (10) original photographs depicted below (the "Subject Photographs"):

///

///

///

///

///

///

///

**Subject Photographs**









COMPLAINT





COMPLAINT





COMPLAINT





10.    Grecco complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et. seq.*,

and is the sole owner of the exclusive rights, title, interests, and privileges in and to the Subject

Photographs, which Grecco has registered with the United States Copyright Office under

Registration Numbers VA 1-431-698, VA 1-418-417, VA 2-030-741, VA 1-232-596, VA 1-736-729, VAu 1-161-074, and VA 2-328-551.

11.     Prior to the acts complained of herein, Grecco widely publicly displayed and disseminated the Subject Photographs.

12.     On information and belief, Grecco alleges that Valnet is a large and sophisticated media conglomerate that owns, operates, and/or controls the websites[1] "Collider.com," "Screenrant.com," "Thegamer.com," "Movieweb.com," "Gamerant.com," "CBR.com," and "therichest.com" which publishes copyrighted content online and generates revenue through extensive advertising on the website.

13.     On information and belief, Grecco alleges that Defendants, and each of them, willfully copied, reproduced, publicly displayed, distributed, and otherwise exploited the Subject Photographs for financial benefit including by, without limitation, publishing the Subject Photographs on various websites without Grecco's authorization or consent ("Infringing Uses"). True and correct non-exclusive exemplars of the Infringing Uses are depicted below:

///

///

///

///

///

///

---

[1] Collider.com, Screenrant.com, Thegamer.com, Gamerant.com, Movieweb.com,  CBR.com, and TheRichest.com webpages generally identify themselves as "part of the Valnet Publishing Group" (individually accessed 06/19/2026).

COMPLAINT

**Infringing Uses**



https://collider.com/x-files-episodes-intense-ranked/



https://static0.colliderimages.com/wordpress/wp-content/uploads/2025/08/gillian-anderson-as-dana-scully-and-david-duchovny-as-fox-mulder-from-the-x-files.jpg?q=70&fit=crop&w=1100&h=618&dpr=1



https://www.thegamer.com/without-the-x-files-there-would-be-no-deus-ex/



https://static1.thegamerimages.com/wordpress/wp-content/uploads/2022/04/3-7.jpg

COMPLAINT



https://www.thegamer.com/x-files-reboot-ryan-coogler-dana-scully/



https://static0.thegamerimages.com/wordpress/wp-content/uploads/2022/04/3-7.jpg?q=49&fit=contain&w=750&h=422&dpr=2

COMPLAINT



https://collider.com/unique-police-procedurals/



https://static1.colliderimages.com/wordpress/wp-content/uploads/2023/02/10-unique-police-procedurals-from-the-x-files-to-lucifer.jpg

COMPLAINT



https://screenrant.com/x-files-episodes-everyone-should-watch/



https://static0.srcdn.com/wordpress/wp-content/uploads/2025/11/the-x-files-agents-scully-and-mulder.jpg?q=70&fit=crop&w=1600&h=900&dpr=1

COMPLAINT



https://screenrant.com/xfiles-tv-show-mulder-scully-ages-beginning-end/



https://static0.srcdn.com/wordpress/wp-content/uploads/2024/03/x-files-mulder-and-scully-start-and-end.jpg

COMPLAINT



https://screenrant.com/40-acres-movie-netflix-streaming-success-danielle-deadwyler/



https://static0.srcdn.com/wordpress/wp-content/uploads/2026/02/gillian-anderson-and-david-duchovny-standing-together-in-a-promo-photo-for-the-early-seasons-of-the-x-files.jpg?q=70&fit=crop&w=1600&h=900&dpr=1

COMPLAINT



https://movieweb.com/the-x-files-copied-explained/



https://static1.moviewebimages.com/wordpress/wp-content/uploads/2024/04/how-the-x-files-led-to-an-army-of-monster-of-the-week-clones.jpg?q=70&fit=crop&w=1100&h=618&dpr=1

COMPLAINT



https://screenrant.com/x-files-episodes-for-beginners-where-to-start/



https://static0.srcdn.com/wordpress/wp-content/uploads/2025/07/mulder-and-scully-in-a-promotional-image-for-the-x-files.jpg?q=70&fit=crop&w=1440&h=990&dpr=1



https://screenrant.com/the-institute-stephen-king-sci-fi-x-files-comparison/



https://static0.srcdn.com/wordpress/wp-content/uploads/2025/07/mulder-and-scully-in-a-promotional-image-for-the-x-files.jpg?q=49&fit=contain&w=750&h=422&dpr=2

COMPLAINT



https://screenrant.com/x-files-3-without-script-reboot-possible/



https://static0.srcdn.com/wordpress/wp-content/uploads/X-Files-3-Without-Script-Reboot-Possible.jpg?q=50&fit=crop&w=432&h=297&dpr=1.5

COMPLAINT



https://www.cbr.com/sci-fi-tv-shows-best-canceled/





https://static0.cbrimages.com/wordpress/wp-content/uploads/2023/04/muller-and-scully-in-the-x-files-1.jpg?q=50&fit=crop&w=825&dpr=1.5

COMPLAINT



https://screenrant.com/which-stark-trek-deep-space-nine-character-perfect-match-romantic-soulmate-based-zodiac-sign/



https://static1.srcdn.com/wordpress/wp-content/uploads/2020/09/Star-Trek-Deep-Space-Nine.jpg?q=50&fit=crop&w=1140&h=&dpr=1.5

COMPLAINT



https://screenrant.com/star-trek-ds9-nana-visitor-major-kira-explained/#:~:text=Nana%20Visitor%20Played%20Major%20Kira%20Nerys%20On%20Star%20Trek%3A%20DS9&text=Rather%20than%20a%20straight%2Dlaced,long%20fight%20against%20that%20rule.



https://screenrant.com/star-trek-deep-space-nine-nana-visitor-impact/



https://static0.srcdn.com/wordpress/wp-content/uploads/2025/11/major-kira-star-trek.jpg?q=70&fit=crop&w=1600&h=900&dpr=1



https://static1.srcdn.com/wordpress/wp-content/uploads/startrek-major-kira-bajoran.jpg?q=70&fit=crop&w=1100&h=618&dpr=1



https://gamerant.com/star-trek-what-happened-kira-nerys-after-deep-space-nine/



static0.gamerantimages.com/wordpress/wp-content/uploads/2022/04/kira-nerys.jpg

COMPLAINT



https://collider.com/chris-farley-shrek-voice-explained/



https://static1.colliderimages.com/wordpress/wp-content/uploads/2022/09/Chris-Farleys-Portrayal-Of-Shrek-feature.jpg?q=50&fit=crop&w=1140&h=&dpr=1.5

COMPLAINT



https://collider.com/mulan-live-action-remake-jet-li-gong-li-villain/



https://static1.colliderimages.com/wordpress/wp-content/uploads/2018/04/mulan-gong-li-jet-li-slice.jpg?q=50&fit=crop&w=1140&h=&dpr=1.5

COMPLAINT



https://movieweb.com/the-x-files-celebrates-30th-anniversary-best-series-ever/



https://static1.moviewebimages.com/wordpress/wp-content/uploads/2023/06/scully-and-mulder.jpg?q=50&fit=crop&w=825&dpr=1.5



movieweb.com/best-fox-sci-fi-tv-series-of-all-time/



static1.moviewebimages.com/wordpress/wp-content/uploads/2023/06/scully-and-mulder.jpg

COMPLAINT



https://screenrant.com/things-wrong-x-files-universe-choose-ignore/



https://static0.srcdn.com/wordpress/wp-content/uploads/2019/08/10-Things-Wrong-With-The-X-Files-Universe-We-All-Choose-To-Ignore-Featured-Image.jpg?q=50&fit=crop&w=1600&h=900&dpr=1.5

COMPLAINT



https://www.therichest.com/celebnetworth/celebrity-business/tech-billionaire/bobby-murphy-net-worth/



https://static1.therichestimages.com/wordpress/wp-content/uploads/2017/03/Bobby-Murphy.jpg?q=50&amp;fit=crop&amp;w=240&amp;dpr=1.5

COMPLAINT

14.    Grecco has not in any way authorized Defendants, or any of them, to copy, reproduce, duplicate, disseminate, distribute, or create derivative works of the Subject Photographs.

15.    Grecco did not discover nor did it have any reason to discover Defendants' unauthorized exploitation of the Subject Photographs more than three years prior to the filing of this action.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against all Defendants, and Each)

16.     Grecco repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

17.    Upon information and belief, Grecco alleges that Defendants, and each of them, accessed the Subject Photographs by, without limitation, viewing the Subject Photographs as it was publicly displayed, including without limitation in Grecco's features, publications, and exhibitions. Access is further evidenced by the Subject Photographs' exact reproduction in the Infringing Use.

18.    Upon information and belief, Grecco alleges that Defendants, and each of them, copied, reproduced, displayed, and distributed the Subject Photographs without authorization or consent including as seen, without limitation, in the Infringing Uses.

19.    Upon information and belief, Grecco alleges that Defendants, and each of them, infringed Grecco's copyrights by creating infringing derivative works from the Subject Photographs and publishing same to the public.

20.    Due to Defendants', and each of their, acts of infringement, Grecco has suffered actual, general, and special damages in an amount to be established at trial.

21.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Grecco's rights in the Subject Photographs. As such, Grecco is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of her rights in the Subject Photographs in an amount to be established at trial.

22.     Grecco registered the Subject Photographs with the U.S. Copyright Office before the commission of the infringement at issue and on that basis may elect to seek statutory damages in an amount up to $150,000.00 per work infringed.

23.     Grecco is informed and believes and thereon alleges that Defendants, and each of their, conduct as alleged herein was willful, reckless, and/or with knowledge, subjecting Defendants, and each of them, to enhanced statutory damages, claims for costs and attorneys' fees, and/or a preclusion from deducting certain costs when calculating disgorgeable profits.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement – Against all Defendants, and Each)

24.     Grecco repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

25.     Upon information and belief, Grecco alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and distribution of the Subject Photographs as alleged hereinabove. Such conduct included, without limitation, publishing copies obtained from third parties that Defendant(s) knew, or should have known, were not authorized to be published by Defendant(s); publishing the Infringing Use on affiliate,

COMPLAINT

third-party, and social media sites; and distributing the Infringing Use to third-parties for further publication.

26.     Grecco is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct. Specifically, each Defendant had the ability to oversee the development, publication, and distribution of the infringing imagery at issue. And, Defendants, and each of them, realized profits through their respective obtainment, marketing and distribution of the Infringing Use.

27.     By reason of Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Grecco has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional actual, general, and special damages in an amount to be established at trial.

28.     Grecco registered the Subject Photographs with the U.S. Copyright Office before the commission of the infringement at issue and on that basis seeks statutory damages in an amount up to $150,000.00 per photograph per the Copyright Act.

29.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Grecco's rights in the Subject Photographs. As such, Grecco is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photographs, in an amount to be established at trial.

30.    Grecco is informed and believes and thereon alleges that Defendants, and each of their, conduct as alleged herein was willful, reckless, and/or with knowledge, subjecting Defendants, and each of them, to enhanced statutory damages, claims for costs and attorneys' fees, and/or a preclusion from deducting certain costs when calculating disgorgeable profits.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

### Against All Defendants

Wherefore, Plaintiff prays for judgment as follows against all Defendants and with respect to each claim for relief:

a.    That Defendants, their affiliates, agents, and employees be enjoined from infringing Plaintiff's copyrights in and to the Subject Photographs.

b.    That Plaintiff be awarded all profits of Defendants, and each, plus all   losses of Plaintiff, plus any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages to the extent they are        available under the Copyright Act, 17 U.S.C. §§ 504, 1203 *et seq.*;

c.    That Plaintiff be awarded its costs and attorneys' fees to the extent they are available under the Copyright Act U.S.C. §§ 505, 1203, *et seq.*

d.    That a trust be entered over all Infringing Uses, and all profits realized through the sales and distribution of said work;

e.    That Defendants, and each of them, be enjoined from any further use of the photograph at issue and/or the distribution of any production incorporating same.

f.    That Plaintiff be awarded pre-judgment interest as allowed by law;

g.  That Plaintiff be awarded the costs of this action; and

h.  That Plaintiff be awarded such further legal and equitable relief as the  Court deems

proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the

7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: June 15, 2026                    By:    */s/ David Michael Stuart Jenkins*
New York, New York                             David Michael Stuart Jenkins, Esq.
                                               Scott Alan Burroughs, Esq.
                                               DONIGER / BURROUGHS
                                               247 Water Street, First Floor
                                               New York, New York 10038
                                               djenkins@donigerlawfirm.com
                                               scott@donigerlawfirm.com
                                               Telephone: (310) 590-1820
                                               *Attorneys for Plaintiff*

COMPLAINT